UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUNAID RAMSEY HALL,

Plaintiff,

v.

PIERCE COUNTY, et al.,

Defendant.

CASE NO. 3:25-CV-5956-JHC-DWC

REPORT AND RECOMMENDATION

Noting Date: March 10, 2026

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On October 24, 2025, Plaintiff Junaid Ramsey Hall initiated this case. Dkt. 1. As Plaintiff has not kept the Court advised of his current address, the Court recommends dismissing this action without prejudice.

The Court granted Plaintiff *in forma pauperis* (IFP) status and reviewed his Complaint on November 26, 2025. Dkts. 6, 7.[1] The Clerk of Court mailed Petitioner the Court's Order

---

[1] While the record reflects a complaint was filed after the Court's Order declining to serve the complaint was entered, Plaintiff has not filed an amended complaint; rather, the Court reviewed the Complaint (Dkt. 8) and the Clerk's Office inadvertently docketed the Court's Order prior to docketing the proposed complaint as the operative Complaint.

REPORT AND RECOMMENDATION - 1

Declining to Serve Complaint. Dkt. 7. The Order was returned as undeliverable (not here) on December 10, 2025, indicating Plaintiff was no longer in custody. Dkt. 9. A second mailing from the Clerk's Office was returned as undeliverable (refused – not in custody) on December 12, 2025. Dkt. 10. Petitioner has not responded to the Court's Order or filed any documents with the Court since November 3, 2025.

Petitioner has not kept the Court advised as to his current mailing address and more than sixty days has passed since the Court was notified that Plaintiff's address is not correct. Accordingly, pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice for failure to prosecute.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 10, 2026**.

Dated this 17th day of February, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2