UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUNAID RAMSEY HALL,

                Plaintiff,

     v.

PIERCE COUNTY, et al.,

                Defendants.

CASE NO. 3:25-CV-5956-JHC

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 11), and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation, to which no objection was filed.

(2)    This case is dismissed without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 10th day of March, 2026.

_John H. Chun_

JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1